Keith GENTRY, Appellant,

v.

TREASURER OF STATE of Missouri AS CUSTODIAN OF SECOND INJURY FUND, Respondent.

No. ED 101409.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 7, 2014.

Edward A. Gilkerson, St. Louis, MO, Jack Justin Adams, St. Peters, MO, for Appellant.

Chris Koster, Attorney General, Tracey Ellen Cordia, Asst. Atty. Gen., St. Louis, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., ROY L. RICHTER, J., and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Keith Gentry appeals the award of the Labor and Industrial Relations Commission ("the Commission") denying his claim for permanent total disability benefits from the Second Injury Fund. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

---

1. All statutory references are to RSMo.2012, unless otherwise indicated.

sion. The judgment of the Commission is affirmed under Rule 84.16(b).